# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| POLYGON NORTHWEST COMPANY LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>LOUISIANA-PACIFIC CORPORATION,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C11-620 MJP |

X **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Jury has found in favor of Defendants on all claims and no damages were awarded.

Dated January 14, 2013.

                                       William M. McCool
                                       Clerk of Court

                                       s/Mary Duett
                                       Deputy Clerk