THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLYGON NORTHWEST COMPANY, L.L.C., a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LOUISIANA-PACIFIC CORPORATION,<br><br>Defendant. | CASE NO. 2:11-cv-620 MJP<br><br>SPECIAL VERDICT FORM |

We, the jury, answer each of the questions submitted by the Court as follows:

I. **Breach of Implied Warranty Claim**

1. Has plaintiff proven that defendant's express warranty failed its essential purpose?

   _____ Yes          ____✓____ No

   If your answer to Question 1 was "yes," please go to Question No. 2. If you answered "no," please go to Question No. 4.

2. Has plaintiff proven that defendant breached the implied warranty and merchantability?

   _____ Yes          _____ No

   If you answered "no," please go to Question No. 3.

SPECIAL VERDICT FORM [CASE NO. 2:11-cv-620 MJP] - 1
4275/001/264814.3

3. Has plaintiff proven that defendant breached the implied warranty and fitness for a particular purpose?

_____ Yes      _____ No

II. **Misrepresentation Claim**

4. Has plaintiff proven its claim for misrepresentation?

_____ Yes      \_\_\_✔\_\_\_\_\_ No

III. **Consumer Protection Act Claim**

5. Has plaintiff proven its claim for violation of the Consumer Protection Act?

_____ Yes      \_\_\_✔\_\_\_\_\_ No

IV. **Damages**

6. If you answered "yes" to any of the following questions: 2, 3, 4, and/or 5, what amount of damages, if any, do you find were proximately caused by Defendant's breach?

$_____.

*Please have the Presiding Juror sign and date this form:*

\_\_\_\_[signature]_____     DATE: 1-11-13
Presiding Juror